

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

March 9, 2020

**BY Email and ECF**

**MEMO ENDORSED**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Karen Polonia Alcantara, et al.*, 19 Cr. 195 (KMK)

Dear Judge Karas:

The Government respectfully submits this letter, with the consent of counsel to each defendant, to request an adjournment of the upcoming status conference, previously scheduled for March 10, 2020 at 12 PM, to March 26, 2020. The parties have not previously sought an adjournment of this conference.

The Government has made electronically stored information and other discovery available to the defense, and to allow the defense time to review the discovery and determine what motions, if any, they wish to make, the Government requests that the time between the date of this letter and the next scheduled conference date be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: ____/s/____
Christopher D. Brumwell
Assistant United States Attorney
914-993-1966

Granted.
The conference is adjourned until April 2, 2020, at 10:00. Time is excluded until then, in the interests of justice, to allow counsel to review discovery and to determine if any motions should be filed. See 18 U.S.C. § 3161(h)(7)(A).

So Ordered
3/9/20