



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

June 4, 2020

**BY ECF**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Karen Polonia Alcantara, et al.*, 19 Cr. 195 (KMK)

Dear Judge Karas:

The Government respectfully submits this letter, with the consent of counsel to each defendant, to request a 30 to 45-day adjournment of the upcoming status conference, previously scheduled for June 9, 2020. The parties are seeking the adjournment due to the restrictions on travel and contact in light of the COVID-19 pandemic. The parties have requested three prior adjournments, two of which were requested in light of the COVID-19 pandemic.

Additionally, the Government has made electronically stored information and other discovery available to the defense, and to allow the defense time to review the discovery and determine what motions, if any, they wish to make, and in light of the COVID-19 pandemic and related restrictions on travel and contact, the Government requests that the time between the date of this letter and the next scheduled conference date be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____/s/_____
Christopher D. Brumwell
Assistant United States Attorney
917-710-0661

*Granted. The conference will be adjourned until July 7, 2020 at 10:30. Time is excluded until 7/7/2020 pursuant to 18 USC 3161(h)(7)(A).*

SO ORDERED

KENNETH M. KARAS, U.S.D.J.
6/8/2020