**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

July 1, 2020

**BY ECF**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Karen Polonia Alcantara, et al.*, 19 Cr. 195 (KMK)

Dear Judge Karas:

The Government respectfully submits this letter, with the consent of counsel to each defendant, to request a 30 to 45-day adjournment of the upcoming status conference, previously scheduled for July 7, 2020. The parties are seeking the adjournment due to the restrictions on travel and contact in light of the COVID-19 pandemic. The parties have requested four prior adjournments, three of which were requested in light of the COVID-19 pandemic.

The parties have continued to discuss potential dispositions of the case without trial. Additionally, the Government has made electronically stored information and other discovery available to the defense, and to allow the defense time to review the discovery and determine what motions, if any, they wish to make, and in light of the COVID-19 pandemic and related restrictions on travel and contact, the Government requests that the time between the date of this letter and the next scheduled conference date be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____/s_____
Christopher D. Brumwell
Assistant United States Attorney
917-710-0661

*Granted. The Court will hold a conf. on 9/10/20 at 11:30 AM. Time is excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice until 9/10/20.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
7/2/2020