

MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

August 31, 2020

**BY ECF**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

>    Re:    *United States v. Karen Polonia Alcantara, et al.,* 19 Cr. 195 (KMK)

Dear Judge Karas:

The Government respectfully submits this letter, with the consent of counsel to each defendant, to request a 30 to 45-day adjournment of the upcoming status conference, previously scheduled for September 10, 2020. The parties are seeking the adjournment due to the restrictions on travel and contact in light of the COVID-19 pandemic. The parties have requested five prior adjournments, four of which were requested in light of the COVID-19 pandemic.

The parties have continued to discuss potential dispositions of the case without trial. Additionally, the Government has made electronically stored information and other discovery available to the defense, and to allow the defense time to review the discovery and determine what motions, if any, they wish to make, and in light of the COVID-19 pandemic and related restrictions on travel and contact, the Government requests that the time between the date of this letter and the next scheduled conference date be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice.

Granted. The next conference will be adjourned to
10/27/20 at 11:30 am. Time is excluded until then, to
allow the Government to finish discovery production
and to all Deendant to review the discovery and
determine what, if any motions, should be filed. The
interests of justice from this exclusion outweights the
public's and Defendant's interest in a speedy trial.
See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.

9/1/20

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: _____/s_____
    Christopher D. Brumwell
    Assistant United States Attorney
    917-710-0661