**U.S. Department of Justice**

**MEMO ENDORSED**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

December 11, 2020

**BY ECF**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

### Re: *United States v. Karen Polonia Alcantara, et al.,* 19 Cr. 195 (KMK)

Dear Judge Karas:

The Government respectfully submits this letter, with the consent of counsel to each defendant, to request a 45-day adjournment of the upcoming status conference, previously scheduled for December 17, 2020. The parties are seeking the adjournment due to the restrictions on travel and contact in light of the COVID-19 pandemic. The parties have requested seven prior adjournments, six of which were requested in light of the COVID-19 pandemic.

The parties have been discussing potential dispositions of the case without trial. Additionally, the Government has made electronically stored information and other discovery available to the defense. To allow the defense time to review the discovery and determine what motions, if any, they wish to make, and in light of the COVID-19 pandemic and related restrictions on travel and contact, the Government requests that the time between the date of this letter and the next scheduled conference date be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice.

Granted. The conference is adjourned to 2/16/21 at
12:00 pm
Time is excluded until then in the interests of justice to allow
the Parties to complete their discussions toward a
disposition. The interests of justice from this exclusion
outweigh Defendants' and the public's interest in a speedy
trial. See 18 U.S.C. Section 3582.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

So Ordered.

12/11/20

By: _____/s_____
Christopher D. Brumwell
Assistant United States Attorney
917-710-0661