**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

## MEMO ENDORSED

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

February 16, 2021

**BY ECF**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Karen Polonia Alcantara, et al.*, 19 Cr. 195 (KMK)

Dear Judge Karas:

The Government respectfully submits this letter, with the consent of counsel to each defendant, to request an approximately two-week adjournment of the upcoming status conference, previously scheduled for February 16, 2021. The parties are seeking the adjournment due to the restrictions on travel and contact in light of the COVID-19 pandemic.

The parties have been discussing potential dispositions of the case without trial. Additionally, the Government has made electronically stored information and other discovery available to the defense. To allow the defense time to review the discovery and determine what motions, if any, they wish to make, and in light of the COVID-19 pandemic and related restrictions on travel and contact, the Government requests that the time between the date of this letter and the next scheduled conference date be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice.

Granted.

The conference is moved to 3/9/21 at noon. Time is excluded until then, in the interests of justice, to allow defense counsel adequate time to review the discovery and to determine what, if any, motions should be filed. The interests of justice from this exclusion outweigh the Public's and Defendants' interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.

2/17/21

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: /s/
Christopher D. Brumwell
Assistant United States Attorney
917-710-0661