

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 29, 2021

**BY ECF**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Karen Polonia Alcantara, et al.*, 19 Cr. 195 (KMK)

Dear Judge Karas:

The Government respectfully submits this letter, with the consent of counsel to each defendant, to request an approximately 60-day adjournment of the upcoming status conference, previously scheduled for June 29, 2021.

The parties have been discussing potential dispositions of the case without trial, and in the coming weeks, counsel anticipates that defendant John Estrella will be prepared to enter a guilty plea pursuant to a plea agreement. The adjournment will provide the parties with time to finalize plea discussions. Additionally, the Government has made electronically stored information and other discovery available to the defense. To allow the defense time to review the discovery and determine what motions, if any, they wish to make, and in light of the COVID-19 pandemic and related restrictions on travel and contact, the Government requests that the time between the date of this letter and the next scheduled conference date be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice.

Granted. The conference is adjourned to 9/ 22 /21, at 11:00. Time is excluded until then, in the interests of justice, to allow for the review of discovery and for the filing of any motions. The interests of justice of from this exclusion outweigh the public's and Mr. Estrella's interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.
6/29/21

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: /s/
Christopher D. Brumwell
Assistant United States Attorney
212-637-2477