

**MEMO ENDORSED**

U.S. Department of Justice

United States Attorney
Southern District of New York

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

September 20, 2021

**BY ECF**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Karen Polonia Alcantara, et al.*, 19 Cr. 195 (KMK)

Dear Judge Karas:

The Government respectfully submits this letter, with the consent of counsel to each defendant, to request an approximately 60-day adjournment of the upcoming status conference, currently scheduled for September 22, 2021.

Karen Polonia Alcantara is the only defendant in this matter who has not pleaded guilty, and the parties are in the process negotiating a disposition. The adjournment will provide the parties with time to finalize those negotiations. Additionally, the Government has made electronically stored information and other discovery available to the defense. To allow the defense time to review the discovery and determine what motions, if any, they wish to make, and in light of the COVID-19 pandemic and related restrictions on travel and contact, the Government requests that the time between the date of this letter and the next scheduled conference date be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: /s/
Christopher D. Brumwell
Assistant United States Attorney
212-637-2477

Granted. The conference is adjourned to 11/23/21, at 10:30. Time is excluded until then, in the interests of justice, to allow the Parties time to work out a disposition in this case. The interests of justice from this exclusion outweigh the public's and Defendant's interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.

9/20/21