**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

November 22, 2021

**BY ECF**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Karen Polonia Alcantara, et al.,* 19 Cr. 195 (KMK)

Dear Judge Karas:

The Government respectfully submits this letter, with the consent of counsel to the defendant, to request an approximately 60-day adjournment of the upcoming status conference, currently scheduled for November 23, 2021.

Karen Polonia Alcantara is the only defendant in this matter who has not pleaded guilty, and the parties are in the process negotiating a disposition. The adjournment will provide the parties with time to finalize those negotiations. Additionally, the Government has made electronically stored information and other discovery available to the defense. To allow the defense time to review the discovery and determine what motions, if any, they wish to make, and in light of the COVID-19 pandemic and related restrictions on travel and contact, the Government requests that the time between the date of this letter and the next scheduled conference date be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice.

Granted. The conference is adjourned to 1/ 27 /22, at 3:00. Time is excluded until then, in the interests of justice, to allow the Parties time to complete their discussions toward a disposition. The interests of justice from this exclusion outweigh the public's and Ms. Alcantara's interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.

*/signature/*
11/23/21

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____/s/_____
Christopher D. Brumwell
Assistant United States Attorney
212-637-2477